UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| United States of America,<br><br>      Plaintiff,<br><br>  v.<br><br>$18,800.00 in United States Currency,<br><br>      Defendant. | Civil Action No.:  5:19-CV-1534 (GTS/ATB) |

## VERIFIED COMPLAINT FOR FORFEITURE *IN REM*

The United States of America brings this verified complaint for forfeiture *in rem* against the above-captioned asset (the "defendant currency") and alleges as follows:

### NATURE OF THE ACTION

This is an action *in rem* brought pursuant to 21 U.S.C. § 881(a)(6), 18 U.S.C. § 981(a)(1)(A) and Rule G of the Supplemental Rules for Certain Admiralty or Maritime Claims and Asset Forfeiture Actions. Forfeiture is sought of the defendant currency as money furnished or intended to be furnished in exchange for a controlled substance, proceeds traceable to such an exchange, or money used or intended to be used to facilitate a violation of 21 U.S.C. § 841, and as property involved in the transportation or transmission of funds that are known to have been derived from a criminal offense, or are intended to be used to promote or support unlawful activity, in violation of 18 U.S.C. §§ 1956, 1957 and 1960.

### THE PARTIES

1)   Plaintiff is the United States of America.

2)   The defendant currency is $18,800.00, which is in the custody of the United States.

### JURISDICTION AND VENUE

3)   This Court has subject matter jurisdiction over this action pursuant to 28 U.S.C. §§

1345 and 1355.

4) This Court has *in rem* jurisdiction over the defendant currency pursuant to 28 U.S.C. § 1355(b).

5) Venue is proper in this district pursuant to 28 U.S.C. §§ 1355 and 1395.

## FACTS

6) On July 30, 2019 at approximately 3:15 p.m., Walton Police Department ("WPD") dispatch received an anonymous telephone tip that a tan, four-door Honda Accord with Georgia plates was seen driving erratically in the Town of Walton, Delaware County, New York.

7) WPD dispatched an Officer to the area, who observed a vehicle matching the anonymous caller's description traveling at an excessive rate of speed in the Village of Walton.

8) The Officer initiated a traffic stop at 3:28 p.m. for speeding and obstructed view[1].

9) The Officer approached the passenger side of the vehicle and requested that the passenger roll down the window, at which time he detected a strong odor of marijuana.

10) The driver of the vehicle was Kahlil Wilson ("Wilson"), and his passenger was Fateem Smith ("Smith"). Both occupants admitted they had smoked marijuana immediately before getting in the vehicle.

11) The titled and registered owner of the vehicle is Barbara Lynn Small, Wilson's mother.

12) At the time of the traffic stop, Wilson and Smith denied possessing drugs or any large sums of money exceeding $10,000.00.

13) Wilson and Smith granted consent to the Officer's request to search the vehicle. The Officer first observed a "blunt effects" air freshener bottle located on the driver side door

---

[1] The vehicle had multiple air freshener "trees" hanging from the rearview mirror.

pocket, which is known by law enforcement to be used to cover the odor of marijuana.

14) The Officer found two clear plastic bags under the gas cap cover containing 33.5 grams of marijuana and 7.7 grams of psychedelic mushrooms, respectively. Wilson claimed ownership to the drugs.

15) The Officer searched the trunk and found a blue, Nike duffle bag with several compartments. A small compartment in the bag contained Smith's wallet with his NYS ID, and two small boxes wrapped in rubber bands containing THC cartridges.

16) A large compartment in the bag contained two clear plastic bags with marijuana brownies, which Wilson claimed were his.

17) The Officer found an aluminum-lined bag at the bottom of the duffle bag which contained bubble wrapped currency in large dollar amounts, which was further wrapped in black rubber bands. Foil-lined bags are known by law enforcement to be used to conceal contraband items from x-ray machines and narcotics detection dogs.

18) Smith claimed ownership of the currency in the aluminum-lined bag, stating that it contained $16,000.00 that he had earned from various jobs over the past two years in Cooperstown, New York, including employment as a chef, babysitter, and off-the-books engineer. When asked why he had such a large amount of currency in the vehicle, he stated that he "did not trust banks."

19) When questioned further, Smith provided contradictory answers. He changed the amount claimed to be in the bag to $17,000.00, and said that he was transporting the money to Bronx, New York, to deposit in a bank.

20) Smith was unable to provide an explanation for the manner in which the currency was packaged, the name of the bank where he was allegedly planning to deposit the currency, or the reason for changing his initial statement about why he was in possession of the of currency.

21) Smith resides in Oneonta, but said that he frequently travels between Oneonta and the Bronx, which is known to law enforcement as a route often used for drug and drug proceeds transportation.

22) On June 23, 2018, Smith was observed smoking marijuana in a public place in Bronx, New York and was arrested and arraigned in the Bronx County Criminal Court for Criminal Possession of Marijuana in the 5th Degree in A Public Place.

23) With respect to the traffic stop at issue, Wilson was arrested and charged with two counts of Criminal Possession of a Controlled Substance in the 7th Degree and Criminal Possession of Marijuana in the 5th Degree, which was eventually reduced to disorderly conduct. Wilson was fined $468.00 and was released on a Conditional Discharge of 1-year.

24) With respect to the traffic stop at issue, Smith was arrested and charged with one count of Criminal Possession of a Controlled Substance in the 7th Degree, which was eventually reduced to disorderly conduct. Smith was fined $225.00 and was released on a Conditional Discharge of 1-year.

25) Subsequent to the arrests, WPD was advised by a confidential informant that an African American male named "Teem" was selling marijuana across the street from Hartwick College in Oneonta, New York. The description matched Smith, who has the nickname "Teem," tattooed on his right forearm.

## CONCLUSION

26) As required by Supplemental Rule G(2)(f), the facts set forth above support a reasonable belief that the government will be able to meet its burden of proof at trial. Specifically, probable cause exists to believe that the defendant currency is money furnished or intended to be furnished in exchange for a controlled substance, proceeds traceable to such an exchange, or

money used or intended to be used to facilitate a violation of 21 U.S.C. § 841 and as property involved in the transportation or transmission of funds that are known to have been derived from a criminal offense or are intended to be used to promote or support unlawful activity, in violation of 18 U.S.C. §§ 1956, 1957 and 1960.

WHEREFORE, pursuant to Supplemental Rule G, plaintiff the United States of America, respectfully requests that the Court:

a) Issue a warrant of arrest *in rem*, in the form submitted with this complaint;

b) Direct any person having any claim to the defendant currency to file and serve their verified claims and answers as required by 18 U.S.C. § 983(a)(4) and Supplemental Rule G;

c) Enter judgment declaring the defendant currency to be forfeited and condemned to the use and benefit of the United States; and

d) Award such other and further relief to the United States as it deems proper and just.

Dated: December 11, 2019

Respectfully Submitted,

GRANT C. JAQUITH
United States Attorney

By: /s/ Mary E. Langan
Mary E. Langan
Assistant United States Attorney
Bar Roll No. 518971

## VERIFICATION

STATE OF NEW YORK )
) ss:
COUNTY OF ONONDAGA )

Timothy W. Irving, being duly sworn, deposes and states:

I am a Special Agent with Homeland Security Investigations. I have read the foregoing Complaint for Forfeiture and assert that the facts contained therein are true to the best of my knowledge and belief, based upon knowledge possessed by me and/or on information received from other law enforcement officers

Dated this __11__ day of December, 2019.

_____
Timothy W. Irving, Special Agent

Homeland Security Investigations

Sworn to and subscribed before me this __11th__ day of December, 2019.

_____
Notary Public

DEANNA LIEBERMAN
Notary Public, State of New York
No. 01LI6105102
Qualified in WAYNE County
Commission Expires FEBRUARY 2, 2020

≈JS 44  (Rev. 12/07)

# CIVIL COVER SHEET

Case No. 5:19-CV-1534

The JS 44 civil cover sheet and the information contained herein neither replace nor supplement the filing and service of pleadings or other papers as required by law, except as provided by local rules of court. This form, approved by the Judicial Conference of the United States in September 1974, is required for the use of the Clerk of Court for the purpose of initiating the civil docket sheet. (SEE INSTRUCTIONS ON THE REVERSE OF THE FORM.)

## I. (a) PLAINTIFFS
UNITED STATES OF AMERICA

**DEFENDANTS**
$18,800.00 in United States Currency,

**(b)** County of Residence of First Listed Plaintiff: **Onondaga**
(EXCEPT IN U.S. PLAINTIFF CASES)

County of Residence of First Listed Defendant: **Onondaga**
(IN U.S. PLAINTIFF CASES ONLY)
NOTE: IN LAND CONDEMNATION CASES, USE THE LOCATION OF THE LAND INVOLVED.

**(c)** Attorney's (Firm Name, Address, and Telephone Number)
Mary E. Langan, Assistant U.S. Attorney (315) 448-0650
United States Attorney's Office, 100 South Clinton Street
Syracuse, New York 13261

Attorneys (If Known)

## II. BASIS OF JURISDICTION  (Place an "X" in One Box Only)

- [X] 1 U.S. Government Plaintiff
- [ ] 2 U.S. Government Defendant
- [ ] 3 Federal Question (U.S. Government Not a Party)
- [ ] 4 Diversity (Indicate Citizenship of Parties in Item III)

## III. CITIZENSHIP OF PRINCIPAL PARTIES (Place an "X" in One Box for Plaintiff and One Box for Defendant)
(For Diversity Cases Only)

|  | PTF | DEF |  | PTF | DEF |
|---|---|---|---|---|---|
| Citizen of This State | ☐ 1 | ☐ 1 | Incorporated or Principal Place of Business In This State | ☐ 4 | ☐ 4 |
| Citizen of Another State | ☐ 2 | ☐ 2 | Incorporated and Principal Place of Business In Another State | ☐ 5 | ☐ 5 |
| Citizen or Subject of a Foreign Country | ☐ 3 | ☐ 3 | Foreign Nation | ☐ 6 | ☐ 6 |

## IV. NATURE OF SUIT  (Place an "X" in One Box Only)

| CONTRACT | TORTS | FORFEITURE/PENALTY | BANKRUPTCY | OTHER STATUTES |
|---|---|---|---|---|
| ☐ 110 Insurance | **PERSONAL INJURY** / **PERSONAL INJURY** | ☐ 610 Agriculture | ☐ 422 Appeal 28 USC 158 | ☐ 400 State Reapportionment |
| ☐ 120 Marine | ☐ 310 Airplane / ☐ 362 Personal Injury - Med. Malpractice | ☐ 620 Other Food & Drug | ☐ 423 Withdrawal 28 USC 157 | ☐ 410 Antitrust |
| ☐ 130 Miller Act | ☐ 315 Airplane Product Liability | ☒ 625 Drug Related Seizure of Property 21 USC 881 | | ☐ 430 Banks and Banking |
| ☐ 140 Negotiable Instrument | ☐ 365 Personal Injury - Product Liability | | **PROPERTY RIGHTS** | ☐ 450 Commerce |
| ☐ 150 Recovery of Overpayment & Enforcement of Judgment | ☐ 320 Assault, Libel & Slander | ☐ 630 Liquor Laws | ☐ 820 Copyrights | ☐ 460 Deportation |
| ☐ 151 Medicare Act | ☐ 368 Asbestos Personal Injury Product Liability | ☐ 640 R.R. & Truck | ☐ 830 Patent | ☐ 470 Racketeer Influenced and Corrupt Organizations |
| ☐ 152 Recovery of Defaulted Student Loans (Excl. Veterans) | ☐ 330 Federal Employers' Liability | ☐ 650 Airline Regs. | ☐ 840 Trademark | ☐ 480 Consumer Credit |
| | ☐ 340 Marine / **PERSONAL PROPERTY** | ☐ 660 Occupational Safety/Health | | ☐ 490 Cable/Sat TV |
| ☐ 153 Recovery of Overpayment of Veteran's Benefits | ☐ 345 Marine Product Liability / ☐ 370 Other Fraud | ☐ 690 Other | | ☐ 810 Selective Service |
| ☐ 160 Stockholders' Suits | ☐ 350 Motor Vehicle / ☐ 371 Truth in Lending | **LABOR** | **SOCIAL SECURITY** | ☐ 850 Securities/Commodities/Exchange |
| ☐ 190 Other Contract | ☐ 355 Motor Vehicle Product Liability / ☐ 380 Other Personal Property Damage | ☐ 710 Fair Labor Standards Act | ☐ 861 HIA (1395ff) | ☐ 875 Customer Challenge 12 USC 3410 |
| ☐ 195 Contract Product Liability | ☐ 360 Other Personal Injury / ☐ 385 Property Damage Product Liability | ☐ 720 Labor/Mgmt. Relations | ☐ 862 Black Lung (923) | ☐ 890 Other Statutory Actions |
| ☐ 196 Franchise | | ☐ 730 Labor/Mgmt.Reporting & Disclosure Act | ☐ 863 DIWC/DIWW (405(g)) | ☐ 891 Agricultural Acts |
| **REAL PROPERTY** | **CIVIL RIGHTS** / **PRISONER PETITIONS** | ☐ 740 Railway Labor Act | ☐ 864 SSID Title XVI | ☐ 892 Economic Stabilization Act |
| ☐ 210 Land Condemnation | ☐ 441 Voting / ☐ 510 Motions to Vacate Sentence | ☐ 790 Other Labor Litigation | ☐ 865 RSI (405(g)) | ☐ 893 Environmental Matters |
| ☐ 220 Foreclosure | ☐ 442 Employment | ☐ 791 Empl. Ret. Inc. Security Act | **FEDERAL TAX SUITS** | ☐ 894 Energy Allocation Act |
| ☐ 230 Rent Lease & Ejectment | ☐ 443 Housing/Accommodations / **Habeas Corpus:** | | ☐ 870 Taxes (U.S. Plaintiff or Defendant) | ☐ 895 Freedom of Information Act |
| ☐ 240 Torts to Land | ☐ 444 Welfare / ☐ 530 General | **IMMIGRATION** | ☐ 871 IRS—Third Party 26 USC 7609 | ☐ 900 Appeal of Fee Determination Under Equal Access to Justice |
| ☐ 245 Tort Product Liability | ☐ 445 Amer. w/Disabilities - Employment / ☐ 535 Death Penalty | ☐ 462 Naturalization Application | | |
| ☐ 290 All Other Real Property | ☐ 446 Amer. w/Disabilities - Other / ☐ 540 Mandamus & Other | ☐ 463 Habeas Corpus - Alien Detainee | | ☐ 950 Constitutionality of State Statutes |
| | ☐ 440 Other Civil Rights / ☐ 550 Civil Rights | ☐ 465 Other Immigration Actions | | |
| | ☐ 555 Prison Condition | | | |

## V. ORIGIN  (Place an "X" in One Box Only)

- [X] 1 Original Proceeding
- [ ] 2 Removed from State Court
- [ ] 3 Remanded from Appellate Court
- [ ] 4 Reinstated or Reopened
- [ ] 5 Transferred from another district (specify)
- [ ] 6 Multidistrict Litigation
- [ ] 7 Appeal to District Judge from Magistrate Judgment

## VI. CAUSE OF ACTION
Cite the U.S. Civil Statute under which you are filing (**Do not cite jurisdictional statutes unless diversity**):
21USC 881(a)(6), 18 USC 981(a)(1)(A)

Brief description of cause:
Drug proceeds/facilitation/involved in transmission of funds derived from criminal offense/promoting SUA

## VII. REQUESTED IN COMPLAINT:
☐ CHECK IF THIS IS A **CLASS ACTION** UNDER F.R.C.P. 23

**DEMAND $**

CHECK YES only if demanded in complaint:
**JURY DEMAND:** ☐ Yes  ☐ No

## VIII. RELATED CASE(S) IF ANY
(See instructions):  JUDGE _____  DOCKET NUMBER _____

DATE: 12/11/2019
SIGNATURE OF ATTORNEY OF RECORD: s/Mary E. Langan

**FOR OFFICE USE ONLY**

RECEIPT # _____  AMOUNT **Waived**  APPLYING IFP _____  JUDGE **GTS**  MAG. JUDGE **ATB**

[Print]  [Save As...]  [Export as FDF]  [Retrieve FDF File]  [Reset]